UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: AHRENS, CARL | § Case No. 13-82257 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/24/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 08/29/2014        By: /s/JOSEPH D. OLSEN_____
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: AHRENS, CARL | § Case No. 13-82257 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 29,584.52 |
| and approved disbursements of | $ 176.96 |
| leaving a balance on hand of [1] | $ 29,407.56 |

**Balance on hand:**   $ 29,407.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 29,407.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,708.45 | 0.00 | 3,708.45 |
| Trustee, Expenses - JOSEPH D. OLSEN | 39.39 | 0.00 | 39.39 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,703.00 | 0.00 | 1,703.00 |

Total to be paid for chapter 7 administration expenses:   $ 5,450.84
Remaining balance:   $ 23,956.72

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 23,956.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 23,956.72

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,344.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 67.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Castle Bank | 0.00 | 0.00 | 0.00 |
| 2 | First National Bank of Omaha | 35,344.64 | 0.00 | 23,956.72 |

Total to be paid for timely general unsecured claims: $ 23,956.72
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 13-82257-TML
Carl Ahrens                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 1          Date Rcvd: Sep 02, 2014
                              Form ID: pdf006         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2014.
```
db          #+Carl Ahrens,    418 S. State St., Apt A,    Marengo, IL 60152-3564
20638793    +Allied Business Accounts,    P.O. Box 1600,    Clinton, IA 52733-1600
20638795    +Cambridge Dental,    17853 South 80th Ave,    Tinley Park, IL 60477-5023
20638797    +Castle Bank,    P.O. Box 867,    DeKalb, IL 60115-0867
21130757    +Castle Bank,   a division of First National Bank,    1620 Dodge St MS 4440,    Omaha, NE 68197-0002
20638799    +Credit Management,    4200 International Pkwy,    Carrollton, TX 75007-1912
21200181    +First National Bank of Omaha,    Franks, Gerkin & McKenna, P.C.,    19333 E. Grant Hwy,
              Marengo, IL 60152-8234
20638801    +Franks, Gerkin & McKenna, Attorneys,    19333 Grant Hwy,    Marengo, IL 60152-8234
20638802    +IL Dept of HC & Fam Svs,    509 S Sixth St,    Springfield, IL 62701-1809
20638803    +Jennifer Ahrens,    1033 Dietz St,    Marengo, IL 60152-3089
20638804    +PNC Bank Mortgage Servicing,    3232 Neward Dr,    Miamisburg, OH 45342-5421
20638805    +Rockford Health System,    2400 N Rockton Ave,    Rockford, IL 61103-3655
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20638792    +E-mail/PDF: recoverybankruptcy@afninet.com Sep 03 2014 03:31:06     AFNI,   PO Box 3097,
              Bloomington, IL 61702-3097
20638794     E-mail/Text: g17768@att.com Sep 03 2014 03:11:05      AT&T,   P.O. Box 1811,
              Alpharetta, GA 30023-1811
20638796    +E-mail/Text: bankruptcy@usecapital.com Sep 03 2014 03:14:17     Capital Accounts LLC,
              P.O. Box 140065,   Nashville, TN 37214-0065
20638798     E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Sep 03 2014 03:28:33     Charter Communications,
              2701 Daniels St,   Madison, WI 53718-6792
20638800    +E-mail/Text: aquist@creditorsprotection.com Sep 03 2014 03:14:02     Creditors Protection Service,
              206 W State Street,    Rockford, IL 61101-1112
                                                                                             TOTAL: 5
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2014 at the address(es) listed below:
```
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Joseph D Olsen     Jolsenlaw@comcast.net,    IL46@ECFCBIS.com
          Joseph D Olsen     on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Michele  Aiken    on behalf of Debtor Carl  Ahrens maiken@aikenandaiken.com,
           saiken@aikenandaiken.com;lsoss@aikenandaiken.com;markp@aikenandaiken.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5
```