**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: AHRENS, CARL § Case No. 13-82257
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,768.56      Assets Exempt: $3,767.56
*(without deducting any secured claims)*

Total Distribution to Claimants: $23,956.72     Claims Discharged
                                                Without Payment: $11,387.92

Total Expenses of Administration: $5,627.80

---

3) Total gross receipts of $ 29,584.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $29,584.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,703.00 | 5,627.80 | 5,627.80 | 5,627.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 70,933.92 | 35,344.64 | 23,956.72 |
| **TOTAL DISBURSEMENTS** | $1,703.00 | $76,561.72 | $40,972.44 | $29,584.52 |

4) This case was originally filed under Chapter 7 on June 21, 2013. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2014          By: /s/JOSEPH D. OLSEN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Ins. policy xxxx8503 | 1229-000 | 3,462.22 |
| Life Ins. policy xxxx8334 | 1229-000 | 6,799.22 |
| Life Ins. policy xxxx6208 | 1229-000 | 3,225.49 |
| Life Ins. policy xxxx6210 | 1229-000 | 6,353.06 |
| Life Ins. policy xxxx158 | 1229-000 | 1,759.89 |
| Life Ins. policy xxxx250 | 1229-000 | 5,601.02 |
| Life Ins. policy #218 | 1229-000 | 2,383.62 |
| **TOTAL GROSS RECEIPTS** | | **$29,584.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,708.45 | 3,708.45 | 3,708.45 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 39.39 | 39.39 | 39.39 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,703.00 | 1,703.00 | 1,703.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 31.63 | 31.63 | 31.63 |
| Rabobank, N.A. | 2600-000 | N/A | 31.13 | 31.13 | 31.13 |
| Rabobank, N.A. | 2600-000 | N/A | 32.19 | 32.19 | 32.19 |
| Rabobank, N.A. | 2600-000 | N/A | 35.48 | 35.48 | 35.48 |
| Rabobank, N.A. | 2600-000 | N/A | 36.53 | 36.53 | 36.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,627.80 | $5,627.80 | $5,627.80 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Castle Bank | 7100-000 | N/A | 35,589.28 | 0.00 | 0.00 |
| 2 | First National Bank of Omaha | 7100-000 | N/A | 35,344.64 | 35,344.64 | 23,956.72 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $70,933.92 | $35,344.64 | $23,956.72 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-82257
**Case Name:** AHRENS, CARL

**Period Ending:** 10/14/14

**Trustee:** (330400)  JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 06/21/13 (f)
**§341(a) Meeting Date:** 07/25/13
**Claims Bar Date:** 01/15/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash in Debtors Possession | 15.00 | 0.00 | | 0.00 | FA |
| 2 | JP Morgan Chase, Checking, No.XXXXX1520, Individ | 154.56 | 0.00 | | 0.00 | FA |
| 3 | Security deposit held by landlord | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Used household goods and furnishings | 747.00 | 0.00 | | 0.00 | FA |
| 5 | Used clothing and apparel | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Prudential Term Life Insurance Death Benefit - 1 | 1.00 | 0.00 | | 0.00 | FA |
| 7 | 1992 Chevrolet 2500, mileage 221,194 | 1,250.00 | 0.00 | | 0.00 | FA |
| 8 | Used carpenters tools, mechanic tools, lawnmower | 650.00 | 0.00 | | 0.00 | FA |
| 9 | Life Insurance Policy | 1.00 | 0.00 | | 0.00 | FA |
| 10 | Life Ins. policy xxxx8503  (u) | 3,388.41 | 3,388.41 | | 3,462.22 | FA |
| 11 | Life Ins. policy xxxx8334  (u) | 6,686.10 | 6,686.10 | | 6,799.22 | FA |
| 12 | Life Ins. policy xxxx6208  (u) | 3,089.74 | 3,089.74 | | 3,225.49 | FA |
| 13 | Life Ins. policy xxxx6210  (u) | 6,044.02 | 6,044.02 | | 6,353.06 | FA |
| 14 | Life Ins. policy xxxx158  (u) | 1,759.89 | 1,759.89 | | 1,759.89 | FA |
| 15 | Life Ins. policy xxxx250  (u) | 5,601.02 | 5,601.02 | | 5,601.02 | FA |
| 16 | Life Ins. policy #218  (u) | 2,383.62 | 2,383.62 | | 2,383.62 | FA |
| 16 | **Assets Totals** (Excluding unknown values) | **$32,721.36** | **$28,952.80** | | **$29,584.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014      **Current Projected Date Of Final Report (TFR):**   August 27, 2014  (Actual)

Printed: 10/14/2014 11:14 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** 13-82257 | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** AHRENS, CARL | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******1266 - Checking Account |
| **Taxpayer ID #:** **-***2104 | **Blanket Bond:** | $820,095.60   (per case limit) |
| **Period Ending:** 10/14/14 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/27/13 | {12} | The Prudential Insurance Company | Cash surrender value of Policy #81-146-208 | 1229-000 | 3,225.49 | | 3,225.49 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,215.49 |
| 01/02/14 | {14} | Prudential Insurance | cash surrender #D56 235 158 | 1229-000 | 1,759.89 | | 4,975.38 |
| 01/02/14 | {15} | Prudential Insurance | cash surrender #36 300 250 | 1229-000 | 5,601.02 | | 10,576.40 |
| 01/02/14 | {11} | Prudential Insurance | Cash surrender #76 838 334 | 1229-000 | 6,799.22 | | 17,375.62 |
| 01/02/14 | {16} | Prudential Insurance | Cash surrender #67 105 218 | 1229-000 | 2,383.62 | | 19,759.24 |
| 01/02/14 | {10} | Prudential Insurance | Cash surrender #81 528 503 | 1229-000 | 3,462.22 | | 23,221.46 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.63 | 23,189.83 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.13 | 23,158.70 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.19 | 23,126.51 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.48 | 23,091.03 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.53 | 23,054.50 |
| 08/25/14 | {13} | Prudential Insurance Co. | Contract #80 156 210 - cash surrender | 1229-000 | 6,353.06 | | 29,407.56 |
| 09/24/14 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,703.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,703.00 | 27,704.56 |
| 09/24/14 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,708.45, Trustee Compensation;  Reference: | 2100-000 | | 3,708.45 | 23,996.11 |
| 09/24/14 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $39.39, Trustee Expenses;  Reference: | 2200-000 | | 39.39 | 23,956.72 |
| 09/24/14 | 104 | First National Bank of Omaha | Dividend paid 67.78% on $35,344.64; Claim# 2; Filed: $35,344.64; Reference: | 7100-000 | | 23,956.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 29,584.52 | 29,584.52 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 29,584.52 | 29,584.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$29,584.52** | **$29,584.52** | |

| | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|
| Net Receipts : | 29,584.52 | | | | |
| Net Estate : | $29,584.52 | **TOTAL - ALL ACCOUNTS** | | | |
| | | **Checking # ******1266** | 29,584.52 | 29,584.52 | 0.00 |
| | | | **$29,584.52** | **$29,584.52** | **$0.00** |

{} Asset reference(s)

Printed: 10/14/2014 11:14 AM   V.13.15